UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Kathleen P. Carter

Case No.: 19-25691 (VFP)

Chapter:  7

Judge:  Vincent F. Papalia

**NOTICE OF PROPOSED ABANDONMENT**

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> James J. Waldron
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on November 13, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. (Hearing date must be at least 28 days from the date of this notice).  If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 10 Jefferson Street, Vernon, NJ, having a fair market value of $170,000.00.

> Liens on property:
>
> Central Loan Administration
> $170,333.00

> Amount of equity claimed as exempt:  None claimed

Objections must be served on, and requests for additional information directed to:

Name:  Charles M. Forman, Trustee
Address:  Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662
Telephone No.:  201-845-1000

F0038623 - 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-25691-VFP
Kathleen P Carter                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 08, 2019
                              Form ID: pdf905          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 10, 2019.
db          +Kathleen P Carter,    10 Jefferson Street,    Vernon, NJ 07462-3538
cr          +BANK OF AMERICA, N.A.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,   Suite 1400,
              Philadelphia, PA 19103-1814
518406593   +Bank Of America,    PO BIX 5170,    Simi Valley, CA 93062-5170
518406594   +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,   Wilmington, DE 19899-8801
518406598   +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,   Wilmington, DE 19850-5298
518406601   +Kohls/Capital One,    Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
518406603   +NJ Division of Taxation,    50 Barrack Street,   Trenton, NJ 08608-2006
518406602    New York State Dept of Taxation,    NYS Assessment Receivables,   PO Box 4128,
              Binghamton, NY 13902-4128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 09 2019 00:20:16    U.S. Attorney,   970 Broad St.,
              Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 09 2019 00:20:13    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,  Suite 2100,
              Newark, NJ 07102-5235
518406597   +E-mail/Text: assetrecovery@mycfcu.com Oct 09 2019 00:19:11    CFCU Community Credit Union,
              1030 Craftr Ropad,    Ithaca, NY 14850-1016
518406595   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 09 2019 00:26:41    Capital One,
              Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
518406596   +E-mail/Text: kzoepfel@credit-control.com Oct 09 2019 00:20:17    Central Loan Admin,
              P.O Box 77404,    Trenton, NJ 08628-6404
518406599   +E-mail/Text: bankruptcy.notices@hdfsi.com Oct 09 2019 00:20:41    Harley Davidson Credit,
              P.O Box 22048,    Carson City, NV 89721-2048
518406600    E-mail/Text: cio.bncmail@irs.gov Oct 09 2019 00:19:38    IRS,   PO Box 931000,
              Louisville, KY 40293-1000
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2019 at the address(es) listed below:
              Charles M. Forman    cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              James C. Zimmermann    on behalf of Debtor Kathleen P Carter jim@jzlawyer.com,  office@jzlawyer.com
              Rebecca Ann Solarz    on behalf of Creditor   HomeBridge Financial Services, Inc.
               rsolarz@kmllawgroup.com
              Robert Davidow    on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7