Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                    Case No.: 19–25691–VFP
                                    Chapter: 7
                                    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kathleen P Carter
    fka Kathleen P Behrens, fka Kathleen P
    Ryan
    10 Jefferson Street
    Vernon, NJ 07462

Social Security No.:
    xxx–xx–2910

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Charles M. Forman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 20, 2019</u>                     <u>Vincent F. Papalia</u>
                                                            Judge, United States Bankruptcy Court